# United States District Court
Western District of Pennsylvania
319 Washington Street
Penn Traffic Bldg.
Johnstown, PA 15901

Kim R. Gibson
U.S. District Judge

March 19, 2010

Telephone
(814) 533-4514
Fax
(814) 539-6364

Christina L. Gill Roseman
Kimmel & Silverman, P.C.
210 Grant Street, Suite 202
Pitttsburgh, PA 15219

RE: Kelly J. Hoy vs.
Asset Acceptance, LLC
Civil Action No. 09-326J

Counsel:

The Court record indicates that service was made on Defendant, Asset Acceptance, LLC, on January 4, 2010. An Answer to the Complaint was due on January 25, 2010. As of today, however, no responsive pleading has been filed. You are therefore instructed to take default/default judgment pursuant to Federal Rule of Civil Procedure 55 against Asset Acceptance, LLC no later than April 2, 2010. Failure to do so may result in the dismissal of your Complaint for failure to prosecute.

If you have any questions regarding this matter, contact me as soon as possible.

Sincerely,

Debbie Gorgone, Deputy Clerk
to Judge Kim R. Gibson